IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 13-17698-elf |
| TITANIA D. BODDIE, | Chapter 13 |
| Debtor, | Related to Doc. Nos. 73 and 74 |
| CONSUMER PORTFOLIO SERVICES, INC., | |
| Movant | |
| v. | |
| TITANIA D. BODDIE and WILLIAM C. MILLER, Ch. 13 Trustee, | |
| Respondents | |

CERTIFICATE OF NO OBJECTION OR RESPONSE

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay, filed at Doc. No. 73 and served on the Respondents herein, has been received, with the exception of the Debtor's Response filed on March 20, 2017 at Doc. No. 76. However, Debtor's Response was subsequently withdrawn on April 11, 2017 at Doc. No. 78. The undersigned further certifies that the Court's docket in this case has been reviewed and no other answer, objection or other responsive pleading to the motion appears thereon. It is hereby respectfully requested that the Order attached to the Movant's Motion for Relief from the Automatic Stay be entered by the Court.

Dated: April 11, 2017

Respectfully submitted,

By: /s/ Peter J. Ashcroft
Peter J. Ashcroft, Esq.
PA I.D. #87317
pashcroft@bernsteinlaw.com
Bernstein-Burkley, P.C.
707 Grant Street, Suite 2200, Gulf Tower
Pittsburgh, PA 15219
(412) 456-8107
Fax: (412) 456-8135

Counsel for Consumer Portfolio Services