IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 13-17698-elf |
| TITANIA D. BODDIE, | Chapter 13 |
| Debtor, | Document No. |
| CONSUMER PORTFOLIO SERVICES, INC., | |
| Movant | |
| v. | |
| TITANIA D. BODDIE and WILLIAM C. MILLER, Ch. 13 Trustee, | |
| Respondents | |

## ORDER OF COURT

AND NOW, this 13th day of April, 2017, upon consideration of the foregoing Motion for Relief from the Automatic Stay, and withdrawal of the response thereto, it is hereby **ORDERED** that:

a. Relief from the Automatic Stay is granted as to the interest of Consumer Portfolio Services, Inc., in the 2015 Mitsubishi Mirage Hatchback 5D DE 1.2L I3, VIN ML32A3HJ8FH008901; and,

b. The stay provision of Fed. R. Bankr. P. 4001(a)(3) does not apply to this order.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**