United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 13-17698-elf
Titania D. Boddie                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Virginia            Page 1 of 1             Date Rcvd: Apr 13, 2017
                            Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2017.
db             +Titania D. Boddie,    6732 N. Bouvier Street,    Philadelphia, PA 19126-2610

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2017 at the address(es) listed below:
      JAMES D. MORAN    on behalf of Debtor Titania D. Boddie jamesdmoran@hotmail.com
      JASON BRETT SCHWARTZ    on behalf of Creditor   Exeter Finance Corp. jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, Et Al... bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
      LEON P. HALLER    on behalf of Creditor   Pennsylvania Housing Finance Agency lhaller@pkh.com, dmaurer@pkh.com
      LEON P. HALLER    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, Et Al... lhaller@pkh.com, dmaurer@pkh.com
      PETER J. ASHCROFT    on behalf of Creditor   Consumer Portfolio Services, Inc. pashcroft@bernsteinlaw.com, pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtdrive.com
      THOMAS I. PULEO    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, Et Al... tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                       TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No. 13-17698-elf |
|---|---|
| TITANIA D. BODDIE, | Chapter 13 |
| Debtor, | Document No. |
| CONSUMER PORTFOLIO SERVICES, INC., | |
| Movant | |
| v. | |
| TITANIA D. BODDIE and<br>WILLIAM C. MILLER, Ch. 13 Trustee, | |
| Respondents | |

## ORDER OF COURT

AND NOW, this 13th day of April, 2017, upon consideration of the foregoing Motion for Relief from the Automatic Stay, and withdrawal of the response thereto, it is hereby **ORDERED** that:

a. Relief from the Automatic Stay is granted as to the interest of Consumer Portfolio Services, Inc., in the 2015 Mitsubishi Mirage Hatchback 5D DE 1.2L I3, VIN ML32A3HJ8FH008901; and,

b. The stay provision of Fed. R. Bankr. P. 4001(a)(3) does not apply to this order.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**