# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 13-17698-ELF

TITANIA D. BODDIE

6732 N. BOUVIER ST.

PHILADELPHIA, PA 19126

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    TITANIA D. BODDIE

    6732 N. BOUVIER ST.

    PHILADELPHIA, PA 19126

Counsel for debtor(s), by electronic notice only.

    JAMES MORAN ESQUIRE
    2230 LAND TITLE BUILDING
    100 SOUTH BROAD STREET
    PHILA, PA 19110-

Date: 2/15/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee