UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                           :        CHAPTER 13

TITANIA D. BODDIE,                               :

        Debtor                           :        BANKRUPTCY NO. 13-17698ELF

## CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

**Part I.** Certification Regarding Domestic Support Obligations (check no more than one)

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

__XX__ I owed no domestic support obligation when I filed our Bankruptcy Petition and I have not been required to pay any such obligation since then.

_____ I am or have been required to pay a domestic support obligation. I have paid all such amounts that my Chapter 13 Plan required me to pay. I have also paid all such amounts that became due between the filing of my Bankruptcy Petition and today.

**Part II.** If you checked the second box, you must provide the information below.

My current address:_____
My current employer and my employer's address:_____

**Part III.** Certification Regarding Section 522(q) (check no more than one):

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

__XX__ I have not claimed an exemption pursuant to §522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in §522(p)(1), and (2) that exceeds $160,375.00 in value in the aggregate.

_____ I have claimed an exemption in property pursuant to §522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in §522(p)(1) and (2) that exceeds $160,375.00 in value in the aggregate.

**Part IV.** Debtor's Signature

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Dated: 5/18/18                                            X_____
                                                              TITANIA D. BODDIE, Debtor