United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 13-17698-elf
Titania D. Boddie                                                         Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia            Page 1 of 2            Date Rcvd: Mar 15, 2019
                              Form ID: 138NEW           Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2019.
```
db            +Titania D. Boddie,    6732 N. Bouvier Street,    Philadelphia, PA 19126-2610
13139801       Abington Memorial Hospital,    PO Box 786331,    Philadelphia, PA 19178-6331
13139803      +American Express,    PO Box 981537,    El Paso, TX 79998-1537
13171484       American Express Travel Related Services,    Company, Inc.,   c o Becket and Lee LLP,   POB 3001,
                 Malvern, PA 19355-0701
13139806      +Dynamic Recovery Solutions,    PO Box 25729,    Greenville, SC 29616-0729
13139807      +EOS CCA,    700 Longwater Drive,    Norwell, MA 02061-1624
13139809       FAMS,    PO Box 451437,,    Atlanta, GA 31145-1437
13139810       GM Financial,    PO Box 181145,,    Arlington, TX 76096-1145
13139811       Grimley Financial,    30 Washington Ave., Suite C-6,    Haddonfield, NJ 08033-3341
13139812      +I C Systems Collections,    PO Box 64378,    Saint Paul, MN 55164-0378
13139814      +KML Law Group, PC,    701 Market Street, Suite 5000,,    Philadelphia, PA 19106-1541
13139815       Lee N. Hanuschak, MD.,    C/O Doctors Billing Clerk,,    PO Box 348,
                 Huntingdon Valley, PA 19006-0348
13167400      +Philadelphia Gas Works,    800 W Montgomery Ave,    Phila Pa 19122-2898,
                 Attn: Bankruptcy Dept 3F
13139817       St. Christopher's Pediatric Assoc.,    PO Box 828699,    Philadelphia, PA 19182-8699
13139818      +Temple University Hospital,    Patient Financial Services,,    2 Brighton Rd.,,
                 Clifton, NJ 07012-1663
13139819      +U.S. Bank National Associatiobn,    Trustee for PA Housing Finance Agency,    211 N. Front St.,,
                 PO Box 15057,    Harrisburg, PA 17105-5057
13182126       US Department of Education,    Claims Filing Unit,    PO Box 8973,    Madison, WI 53708-8973
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Mar 16 2019 03:31:11    City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 16 2019 03:29:46
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 16 2019 03:30:33    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13139802      +E-mail/Text: EBNProcessing@afni.com Mar 16 2019 03:30:15    AFNI,   PO Box 3097,
                 Bloomington, IL 61702-3097
13190482      +E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 16 2019 03:30:21
                 COLLECTO US ASSET MANAGEMNT, INC.,    c o Jefferson Capital Systems LLC,    PO BOX 7999,
                 SAINT CLOUD MN 56302-7999
13139804      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 16 2019 03:27:12
                 Capital One Bank, USA,    PO Box 30281,,    Salt Lake City, UT 84130-0281
13139805      +E-mail/Text: csd1clientservices@cboflanc.com Mar 16 2019 03:31:25
                 Credit Bureau of Lancaster County,    PO Box 1271,    Lancaster, PA 17608-1271
13148049      +E-mail/PDF: ais.exeter.ebn@americaninfosource.com Mar 16 2019 03:27:15    Exeter Finance Corp.,
                 P.O. Box 166008,    Irving, TX 75016-6008
13139808      +E-mail/PDF: ais.exeter.ebn@americaninfosource.com Mar 16 2019 03:27:16    Exeter Finance Corp.,
                 P.O. Box 167399,    Irving, TX 75016-7399
13147717      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 16 2019 03:26:05    Exeter Finance Corp.,
                 c/o Ascension Capital Group,    P.O. Box 201347,    Arlington, TX 76006-1347
13139813      +E-mail/Text: cio.bncmail@irs.gov Mar 16 2019 03:28:53    Internal Revenue Service,
                 600 Arch Street,    Philadelphia, PA 19106-1695
13139816      +E-mail/Text: bankruptcydepartment@tsico.com Mar 16 2019 03:31:33    NCO Financial,
                 PO Box 15636,    Wilmington, DE 19850-5636
13184672       E-mail/Text: ebn@vativrecovery.com Mar 16 2019 03:28:56    Palisades Collection, LLC,
                 Vativ Recovery Solutions LLC, dba SMC,   As Agent For Palisades Collection, LLC,
                 PO Box 40728,    Houston TX 77240-0728
                                                                                               TOTAL: 13
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13255130      James D. Moran,2230 Land title Bldg.,Phila.,PA 191
13255084      PA Housing Finance Agency
13255083      U.S.Bank National Association, Trustee for PA Hous
13255086      U>S.Bank National Association,PO Box 15057,Harr
13255085      US Bank National Association,PA Housing Finance Ag
cr*          +Exeter Finance Corp.,   c/o Ascension Capital Group,    P.O. Box 201347,
                Arlington, TX 76006-1347
13937724*    +Exeter Finance LLC,    P.O. Box 167399,    Irving, TX 75016-7399
                                                                                 TOTALS: 5, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: Virginia              Page 2 of 2                  Date Rcvd: Mar 15, 2019
                              Form ID: 138NEW             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 15, 2019 at the address(es) listed below:
              JAMES D. MORAN    on behalf of Debtor Titania D. Boddie jamesdmoran@hotmail.com
              JASON BRETT SCHWARTZ    on behalf of Creditor   Exeter Finance Corp. jschwartz@mesterschwartz.com,
               jottinger@mesterschwartz.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, Et Al...
               bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor   Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              LEON P. HALLER    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, Et Al... lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              PETER J. ASHCROFT    on behalf of Creditor   Consumer Portfolio Services, Inc.
               pashcroft@bernsteinlaw.com,  ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              THOMAS I. PULEO    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, Et Al...
               tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 10
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Titania D. Boddie

    Debtor(s)

Bankruptcy No: 13−17698−elf

Chapter: 13

---

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

        For The Court
        Timothy B. McGrath
        Clerk of Court

Dated: 3/15/19

96 − 95
Form 138_new